UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:18-cv-1276 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| NEIGHBORHOOD WATCH, et al., | |
| Defendants. | |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: August 10, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

melg1276.59